[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 13-10319
Non-Argument Calendar
_____

D.C. Docket No. 1:12-cr-00154-CG-N-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

WARREN JAMES LEWIS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama

_____

(December 18, 2013)

Before WILSON, HILL and ANDERSON, Circuit Judges.

PER CURIAM:

William Gregory Hughes, appointed counsel for Warren Lewis in this direct

criminal appeal, has moved to withdraw from further representation of the appellant

and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396,

18 L.Ed.2d 493 (1967).   Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.   Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Lewis's conviction and sentence are **AFFIRMED**.